IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
3:10-CV- 290-GCM

| | | |
|---|---|---|
| NOVANT HEALTH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| AETNA LIFE INSURANCE CO., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Christopher Flynn** to appear *Pro Hac Vice*, dated July 15, 2010 [doc. #4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Flynn has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 20, 2010

Graham C. Mullen
United States District Judge